## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

### Criminal No. 3:22-cr-184

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Dominick Jon Ross**,<br><br>Defendant. | **MOTION TO<br>CONTINUE CHANGE OF PLEA<br>AND SENTENCING** |

Dominick Ross's change of plea and sentencing is set for March 19, 2025 in Fargo. He requests that the hearing be continued until after August 1, 2025. The reason for this request is that codefendant trials are scheduled for July 2025 and those matters will have a direct bearing on the sentencing in Mr. Ross's case. The United States, through AUSA Alex Stock, does not object to this request.

Dated: January 29 2025          Respectfully submitted,

**Dane DeKrey**
Ringstrom DeKrey PLLP
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
dane@ringstromdekrey.com

1