**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 3:22-cr-9 & 3:22-cr-184 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Dominick Jon Ross, | ) | |
| | ) | |
| Defendant. | ) | |

Pending trial in Case No. 3:22-cr-9 and pending sentencing in Case No. 3:22-cr-184, Dominick Jon Ross is subject to an Order Setting Conditions of Release. Release conditions include location monitoring and a curfew that allows Ross to maintain employment so long as he returns home each evening.

Ross moves to modify release conditions to eliminate the curfew and to eliminate restrictions on the distance he is allowed to travel for employment purposes. Ross' supervising Pretrial Services Officer filed a Release Status Report, describing Ross' recent noncompliance with the current release conditions and recommending against the modification of conditions he requests.

Given the report of recent noncompliance with current conditions, Ross' motion to modify conditions is **DENIED**. Because the court has sufficient information to issue this decision, his request for a hearing on the motion is also **DENIED**.

**IT IS SO ORDERED**.

Dated this 1st day of October, 2025.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge