# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 3:22-cr-184

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>**Dominick Jon Ross**,<br><br>            Defendant. | **Motion to Continue Change<br>of Plea and Sentencing** |

Dominick Ross's change of plea and sentencing is set for February 9, 2026 in Fargo. He requests that the hearing be continued for 120 days. The reason for this request is that Mr. Ross has another federal criminal matter in the District of North Dakota.[1] That matter is now fully resolved, but Mr. Ross and the government have yet to formalize a global resolution to adequately dispose of both of his federal criminal files. Mr. Ross thus needs 120 days to do the following:

1) Plead guilty in his other federal criminal matter.

2) Complete a PSR in his other federal criminal matter.

3) Have a single plea/sentencing hearing to resolve both federal matters at the same time.

---

[1] *See* 3-22-cr-9.

Given this timeline, particularly the time needed to complete Mr. Ross's PSR, 120 days is an appropriate extension amount. The United States, through AUSA Alex Stock, does not object to this request.

Dated: January 29, 2026          Respectfully submitted,

Dane DeKrey
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
(218) 284-0484
dane@ringstromdekrey.com

2